JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT JOHN SMITH, | ) | No. ED CV 08-00456-JHN (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BOARD OF PAROLE HEARINGS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: June 24, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE